SEALED

MCGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (16) 554-2900

Attorneys for Plaintiff
United States of America

FILED

OCT -4 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MONTRELL ROY

Defendant.

Case No. 2:18-CR-200 GEB

ORDER TO SEAL

(UNDER SEAL)

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney CAMERON L. DESMOND to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: 10/4/18

_____
ALLISON CLAIRE
United States Magistrate Judge

Order to Seal Indictment