ALIN D. CINTEAN (SBN 240160)
Certified Criminal Law Specialist
State Bar of California, Board of Legal Specialization

555 Capitol Mall Ste. 755
Sacramento, CA 95814
Phone (916)441-3500
Alin@SacramentoDefenseAttorney.com

Attorney for Defendant
MONTRELL ROY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF<br><br>MONTRELL ROY<br><br>DEFENDANT | CASE NO.: **2:18-CR-00200-GEB**<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |

### I.  STIPULATION

Defendant Montrell Roy by and through his counsel of record and plaintiff United States of America, by and through its counsel of record, hereby stipulate that the previously-scheduled status conference, currently set for January 18, 2019, be vacated and that the matter be set for status conference on March 22, 2019 at 9:00 a.m.

STIPULATION TO CONTINUE
STATUS CONFERENCE, ORDER

1

This continuance is requested to investigate and evaluate the volume of discovery received in this case, meet with the client and further investigate possible defenses in this matter.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, January 18, 2019, up to and including March 22, 2019. IT IS SO STIPULATED.

Dated: 1/17/2019

/s/ *Alin D. Cintean*
Alin D. Cintean
Attorney for Montrell Roy


/s/ *Cameron Desmond*
Cameron Desmond
Assistant United States Attorney

2
STIPULATION TO CONTINUE
STATUS CONFERENCE, ORDER

# ORDER

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's January 18, 2018 criminal calendar and re-calendared for status conference on March 22, 2019. Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on January 17, 2019, through and including March 22, 2019.

IT IS SO ORDERED.

Dated: January 18, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION TO CONTINUE
STATUS CONFERENCE, ORDER

3