ALIN D. CINTEAN (SBN 240160)
Certified Criminal Law Specialist
State Bar of California, Board of Legal Specialization

555 Capitol Mall Ste. 755
Sacramento, CA 95814
Phone (916)441-3500
Alin@SacramentoDefenseAttorney.com

Attorney for Defendant
MONTRELL ROY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF<br><br><br>MONTRELL ROY<br><br>DEFENDANT | CASE NO.: **2:18-CR-00200-GEB**<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |

## I.    STIPULATION

Defendant Montrell Roy by and through his counsel of record and plaintiff United States of America, by and through its counsel of record, hereby stipulate that the previously-scheduled status conference, currently set for March 22, 2019, be vacated and that the matter be set for status conference on May 31, 2019 at 9:00 a.m.

STIPULATION TO CONTINUE
STATUS CONFERENCE, ORDER

1    This continuance is requested to investigate and evaluate the volume of discovery

2  received in this case, meet with the client and further investigate possible defenses in this matter,

3  including the reason for the vehicle stop and search.

4

5    IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a

6  continuance outweigh the best interests of the public and the defendant in a speedy trial and that

   time within which the trial of this case must be commenced under the Speedy Trial Act should
7
   therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code
8
   T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, March 22,
9
   2019, up to and including May 31, 2019. IT IS SO STIPULATED.
10

11

12    Dated: 3/20/2019

13
                                        /s/ *Alin D. Cintean*
14                                       Alin D. Cintean
                                         Attorney for Montrell Roy
15

16

17                                       /s/ *Cameron Desmond*
                                         Cameron Desmond
18                                       Assistant United States Attorney

19

20

21

22

23

24

25

26

27
                                         2
28  STIPULATION TO CONTINUE
    STATUS CONFERENCE, ORDER

**[PROPOSED] ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's March 22, 2019 criminal calendar and re-calendared for status conference on May 31, 2019. Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on March 20, 2019, through and including May 31, 2019.

IT IS SO ORDERED.

Dated: March 21, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION TO CONTINUE
STATUS CONFERENCE, ORDER