PHILLIP A. TALBERT
Acting United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00200-KJM |
| Plaintiff, | STIPULATION REGARDING CONTINUING HEARING ON MOTION FOR DISCOVERY AND BRIEFING SCHEDULE |
| v. | |
| MONTRELL ROY, | DATE: July 23, 2021 TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Deborah Barnes |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for hearing on the motion for discovery on July 23, 2021.

2.     By this stipulation, the parties now move to continue the hearing on the motion for discovery from July 23, 2021 to August 20, 2021 before the duty Magistrate Judge.

3.     The parties further request that the new briefing schedule for the motion for discovery be as follows:

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER

1

1          a)      Government's response to motion for discovery due: August 13, 2021

2          b)      Defendant's reply in support of the motion for discovery due: August 17, 2021

3      IT IS SO STIPULATED.

4

5  Dated:  July 22, 2021                              PHILLIP A. TALBERT
                                                       Acting United States Attorney

6

7                                                      /s/ ALSTYN BENNETT
                                                       ALSTYN BENNETT
8                                                      Assistant United States Attorney

9

10  Dated:  July 22, 2021                             /s/ SHARI RUSK
                                                       SHARI RUSK
11                                                     Counsel for Defendant
                                                       Montrell Roy
12

13

14                              **FINDINGS AND ORDER**

15      IT IS SO FOUND AND ORDERED

16  Dated:  July 22, 2021

17

18

19                                                     DEBORAH BARNES
                                                       UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                        2