1  **SHARI RUSK**
2  Attorney at Law
   P.O. Box 188945
3  Sacramento, CA 95818
4  Telephone: (916) 804-8656
   Email: rusklaw@att.net
5
6  **Attorney for Defendant**
   **MONTRELL ROY**
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr.S. 18-00200 KJM |
|---|---|
| Plaintiff, | DATE: August 31, 2021 |
| vs. | TIME: 2:00 p.m. |
| MONTRELL ROY, | COURT: Hon. Carolyn Delaney |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for hearing on the motion for discovery on August 20, 2021.

2. By this stipulation, the parties now move to continue the hearing on the motion for discovery to August 31, 2021 before the duty Magistrate Judge.

1

3. The parties further request that the new briefing schedule for the motion for discovery be as follows:

   Defendant's reply in support of the motion for discovery due: August 24, 2021

IT IS SO STIPULATED.

Dated: August 17, 2021

Respectfully Submitted,
DATE: August 17, 20 21        /s/ Shari Rusk
                              SHARI RUSK Counsel for Defendant Montrell Roy


                              PHILLIP A. TALBERT Acting United States Attorney

                              /s/ ALSTYN BENNETT ALSTYN BENNETT
                              Assistant United States Attorney


## FINDINGS AND ORDER

        IT IS SO FOUND AND ORDERED.

Dated:  August 17, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE