UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 28, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MONTRELL ROY,

    Defendant.

Case No. 2:18-CR-00200-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MONTRELL ROY ,

Case No.  2:18-CR-00200-KJM   Charge 18 USC § 922(g)(1), from custody for the following reasons: for the following reasons:

    _____ Release on Personal Recognizance

    __X__ Bail Posted in the Sum of $ _____

        __X__ Unsecured Appearance Bond $  25,000 (co-signed)

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        _____ (Other):_____.

Issued at Sacramento, California on September 28, 2021 at  3:20 pm

Dated:  September 28, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE